

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2015

No. 04-15-00097-CV

Brian **MCENERY**,
Appellant

v.

**CITY OF SAN ANTONIO** and Chief Charles N. Hood,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-06603
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' motion to dismiss appeal for lack of jurisdiction is DENIED.  *See Tex. Dep't of Pub. Safety v. Fecci*, 989 S.W.2d 135, 137-38 (Tex. App.—San Antonio 1999, pet. denied).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court